CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7177
   Facsimile: (415) 436-6748
   Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCHARITHA SRIRANGAPRASAD, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., <br><br> Defendants. | Case No. 3:25-cv-10178 TSH <br><br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |

The parties in this action hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before March 23, 2026.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or May 12, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by May 22, 2026.

///

///

Stipulation to Extend
C 3:25-cv-10178 TSH                                1

Dated: March 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 17, 2026

*/s/ Sucharitha Srirangaprasad*
SUCHARITHA SRIRANGAPRASAD
*Pro Se*

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:25-cv-10178 TSH                    2