CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6570
    molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUCHARITHA SRIRANGAPRASAD, | Case No. 3:25-cv-10178-TSH |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al. | |
| Defendants. | Hon. Thomas S. Hixson |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above referenced matter stipulate and respectfully request the Court continue the briefing and hearing schedule on Defendants' Motion to Dismiss.

On March 23, 2026, Defendants filed a Motion to Dismiss Plaintiff's Complaint. Dkt. 10. Plaintiff is proceeding pro se in this matter and needs additional time to prepare a response to the Motion. Declaration of Molly A. Friend ("Friend Decl.") at ¶ 3. As such, the Parties conferred and agree to continue Plaintiff's response deadline to April 27, 2026. Defendants will file any reply brief by May 4, 2026.

As such, the Parties stipulate and respectfully request the Court set the following briefing and

STIPULATION
No. 3:25-cv-10178-TSH                                        1

hearing schedule for Defendants' Motion to Dismiss (Dkt. 10).

- April 27, 2026: Deadline for Plaintiff to respond to the Motion to Dismiss

- May 4, 2026: Deadline for Defendants to file a reply

- May 21, 2026, at 10:00 a.m.: Hearing on Motion to Dismiss

The deadline for Defendants to file a Motion for Summary Judgment will be continued to 30 days after the filing of any Answer to the Complaint in this matter. This is the second stipulation regarding scheduling in this matter. Friend Decl. at ¶ 4. This continuance will not impact any other deadlines in this matter. *Id.*

Respectfully submitted,

DATED:  April 6, 2026

CRAIG H. MISSAKIAN
Acting United States Attorney

*s/ Molly A. Friend*[1]
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

DATED:  April 6, 2026

*s/ Sucharitha Srirangaprasad*
SUCHARITHA SRIRANGAPRASAD
*Pro Se*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  April 7, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
No. 3:25-cv-10178-TSH                    2