CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCHARITHA SRIRANGAPRASAD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-10178 TSH<br><br>**STIPULATION TO PROPOSED SCHEDULE**<br>**FOR PLAINTIFF'S AMENDED COMPLAINT;**<br>**[PROPOSED] ORDER** |

Plaintiff and Defendants stipulate and respectfully request the Court grant the parties' proposed

schedule for the filing of Plaintiff's amended complaint. The parties have conferred and agree to the

following schedule:

1.      Plaintiff will file an amended complaint by April 27, 2026.

2.      Defendants will file their response to Plaintiff's amended complaint by May 27, 2026.

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiff's

amended complaint and Defendants' response.

///

///

Stipulation
C 3:25-cv-10178 TSH                                  1

Dated: April 24, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 24, 2026

*/s/ Sucharitha Srirangaprasad*
SUCHARITHA SRIRANGAPRASAD
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-10178 TSH                    2