UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUCHARITHA SRIRANGAPRASAD,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

Defendants.

Case No. 25-cv-10178-TSH

**ORDER FINDING AS MOOT MOTION
TO DISMISS**

Re: Dkt. No. 10

Pending before the Court is the motion to dismiss filed by Defendants. ECF No. 10. However, on April 27, 2026, Plaintiff Sucharitha Srirangaprasad filed an amended complaint. ECF No. 16. Under the Federal Rules of Civil Procedure, a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or within 21 days after service of a responsive pleading or motion under Rule 12. Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." *Id.* at 15(a)(2). Pursuant to the parties' stipulation, Srirangaprasad filed an amended complaint as permitted under Rule 15(a). ECF No. 15.

"[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Accordingly, the Clerk of Court shall terminate the pending motion to dismiss as moot.

Defendants shall respond in compliance with the parties' stipulation, by May 27, 2026.  ECF No. 15.

**IT IS SO ORDERED.**

Dated: May 20, 2026

THOMAS S. HIXSON
United States Magistrate Judge