CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUCHARITHA SRIRANGAPRASAD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-10178 TSH<br><br>**PARTIES' STIPULATION TO DISMISS** |

Plaintiff and Defendants hereby stipulate to dismissal of the above-entitled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees.

Dated: July 9, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-10178 TSH                        1

Dated: July 9, 2026

*/s/ Sucharitha Srirangaprasad*
SUCHARITHA SRIRANGAPRASAD
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge

Stipulation
C 3:25-cv-10178 TSH                           2